NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**U.S. RUBBER RECYCLING, INC.,**
*Plaintiff-Appellant,*

v.

**ECORE INTERNATIONAL, INC.,**
*Defendant-Appellee,*

Appeal from the United States District Court for the Central District of California in case no. 09-CV-9516, Judge S. James Otero.

---

2012-1166

---

## ON MOTION

---

## ORDER

U.S. Rubber Recycling, Inc. moves without oppositionn for a 45-day extension of time, until November 15, 2012, to file its reply brief,

Upon consideration thereof,

It Is Ordered That:

The motion is granted. U.S. Rubber Recycling, Inc.'s reply brief is due on or before November 15, 2012.

FOR THE COURT

OCT 0 9 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Robert C. Nissen, Esq.
     Thomas A. Vogele, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2012

JAN HORBALY
CLERK